FILED
IN OPEN COURT

NOV 1 3 2023

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )     CRIMINAL NO. 4:23-cr-82 |
| v. | ) |
| | )     18 U.S.C. § 2113(a), (d), and (e) |
| DELONTA WILSON | )     Armed Bank Robbery |
| | )     (Count 1) |
| | ) |
| | )     18 U.S.C. §§ 924(d) and 981(a)(1)(C); |
| | )     28 U.S.C. § 2461(c) |
| | )     Forfeiture Notice |

INDICTMENT

November 2023 Term – at Newport News, Virginia

COUNT ONE
(Armed Bank Robbery)

THE GRAND JURY CHARGES THAT:

On or about October 16, 2023, in Hampton, Virginia, within the Eastern District of Virginia, the defendant, DELONTA WILSON, by force and violence, and by intimidation, did take from the person and presence of another approximately $6,550.00 in United States currency, money belonging to, and in the care, custody, control, management, and possession of the Old Point National Bank located at 101 E. Queen Street, Hampton, Virginia 23669, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC); and in committing such offense, the defendant, DELONTA WILSON, did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is a knife; and further, in committing such

1

offense, the defendant, DELONTA WILSON, did knowingly and unlawfully force another person to accompany him without the consent of such person.

(In violation of 18 U.S.C. § 2113(a), (d), and (e).)

<u>FORFEITURE</u>

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1.     The defendant, if convicted of the violation alleged in this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2:

      a.  Any firearm or ammunition involved in or used in the violation; and

      b.  Any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

2.     If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with 18 U.S.C. §§ 924(d) and 981(a)(1)(C); 28 U.S.C. § 2461(c).)

3

Pursuant to the E-Government Act
the original of this page  has been filed
under seal in the Clerk's Office

UNITED STATES v. DELONTA WILSON
4:23-cr- 82

A TRUE BILL:

REDACTED COPY

_____
F O R E P E R S O N

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Alyson C. Yates
Special Assistant United States Attorney
United States Attorney's Office
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: alyson.yates@usdoj.gov

4